IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN KELLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY ALLEN, et al.,<br><br>　　　　Defendants. | 2:10-cv-00557-GEB-DAD<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO PROCEED WITHOUT PAYING THE FILING FEE |

　　　　Plaintiff filed an application in which she seeks to proceed in this case without paying the filing fee. Plaintiff is granted leave to proceed without payment of the filing fee. Plaintiff has this in forma pauperis status until March 2012.

Dated: May 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge