IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| KATHRYN ANN KELLEY, | ) | |
| Plaintiff, | ) | 2:10-cv-00557-GEB-DAD |
| v. | ) | ORDER |
| LARRY ALLEN, individually and in his capacity as District Attorney of Sierra County; SARAH WRIGHT, individually and in her capacity as employee of the County of Sierra; COUNTY OF SIERRA; SIERRA COUNTY DISTRICT ATTORNEY'S OFFICE; and SIERRA COUNTY SHERIFF'S DEPARTMENT, | ) | |
| Defendants. | ) | |

The parties' Joint Status Report filed on July 12, 2010 ("JSR") reveals that this case is not ready to be scheduled, since Plaintiff states in the JSR she "has sought a stipulation from Defendants allowing her to file an Amended Complaint" and that "[s]hould Defendant not so stipulate, Plaintiff will seek leave of the court to amend the Complaint." (JSR 2:12-14.) Plaintiff further states, "If an agreement is reached, an Amended Complaint will be filed forthwith." (Id. 2:15-16.)

Based on Plaintiff's representation, Defendants' pending Motion to Dismiss (Docket No. 9) is deemed withdrawn and can be re-noticed for hearing if Plaintiff fails to file a First Amended Complaint as indicated. To hold otherwise risks having the Court spend time on a motion that would become moot after a properly amended complaint is filed.

1

1  Further, the Status (Pretrial Scheduling) Conference set for
2  July 26, 2010 is continued to October 4, 2010, at 9:00 a.m.  A further
3  joint status report shall be filed no later than 14 days prior to the
4  Status Conference.
5  Dated:  July 13, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge